THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tashoca Dunn, Appellant.
 
 
 

Appeal From Union County
Lee S. Alford, Circuit Court Judge
Unpublished Opinion No.  2007-UP-233
Submitted May 1, 2007  Filed May 15, 2007
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General, Donald J. Zelenka, Office of the Attorney General, of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent. 
 
 
 
 

PER CURIAM:  Tashoca Dunn appeals her conviction of voluntary manslaughter and sentence of twenty years imprisonment.  Dunn argues the trial court erred in excluding the evidence of decedents prior 1999 charge of armed robbery. Dunn also filed a separate pro se brief raising numerous arguments. After a thorough review of the record, counsels brief, and Dunns pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Dunns appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
STILWELL, SHORT, and WILLIAMS JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.